# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 12, 2019

## NO. 03-17-00128-CR

**Barbara Galindo, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 33RD DISTRICT COURT OF LLANO COUNTY**
**BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND KELLY**
**AFFIRMED—OPINION BY CHIEF JUSTICE ROSE**

This is an appeal from the judgments of conviction entered by the district court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the district court's judgments of conviction. Therefore, the Court affirms the district court's judgments of conviction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.